**MANNING CURTIS BRADSHAW**
**& BEDNAR PLLC**
Alan C. Bradshaw #4801
Matthew D. Church #15574
Carson M. Fuller #17571
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
Facsimile: (801) 364-5678
abradshaw@mc2b.com
mchurch@mc2b.com
cfuller@mc2b.com

*Attorneys for Plaintiff Geneva Rock Products, Inc.*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| GENEVA ROCK PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> QBE INSURANCE CORPORATION, <br><br> Defendant. | **APPENDIX OF EVIDENCE IN SUPPORT OF GENEVA ROCK PRODUCTS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Civil No. 2:23-cv-00424-DAK-DAO <br><br> Judge: Dale A. Kimball <br><br> Magistrate Judge: Daphne A. Oberg |

Plaintiff Geneva Rock Products, Inc. ("Geneva"), through counsel, and in accordance with DUCivR 56-1, submits this Appendix of Evidence to its Motion for Partial Summary Judgment.

**INDEX**

| Exhibit No. | Description | Source |
|---|---|---|
| A. | Policy No. QPL0057435 issued by QBE Insurance Corporation ("QBE") to Clyde Companies, Inc. for policy period August 21, 2017 to August 21, 2018. | QBE000407-443 (Defendant's Production) |

| B. | Policy No. 003751800 issued by Ironshore Indemnity Inc. ("Ironshore") to Clyde Companies, Inc. for policy period August 21, 2018 – August 21, 2019. | GENEVA001546-1597 (Plaintiff's Production) |
|---|---|---|
| C. | Raul Guzman's ("Guzman") Charge of Discrimination filed with the Equal Employment Opportunity Commission and the Utah Anti-Discrimination & Labor Division of the Utah Labor Commission December 15, 2017. | GENEVA000062-69 (Plaintiff's Production) |
| D. | QBE Insurance Corporation's Response to Plaintiff's First Set of Written Discovery Requests dated December 15, 2023. | |
| E. | Oghenetega Emuveyan's ("Emuveyan") Charge of Discrimination filed with the Utah Anti-Discrimination & Labor Division of the Utah Labor Commission January 3, 2018. | GENEVA000053-60 (Plaintiff's Production) |
| F. | Emuveyan Demand Letter to Geneva Rock Products, Inc. ("Geneva") dated June 21, 2018 (FILED UNDER SEAL) | GENEVA000491-497 Confidential (Plaintiff's Production) |
| G. | Dismissal and Notice of Rights letters issued by he Utah Labor Commission related to Guzman (February 7, 2019) and Emuvyan's (March 19, 2019) Charge. | GENEVA000430, 2678 (Plaintiff's Production) |
| H. | Beehive Insurance Agency Agreement with QBE, QBE's parent and QBE's affiliated companies. (FILED UNDER SEAL) | BEE001664-1689 Confidential (Plaintiff's Production) |
| I. | Deposition transcript of QBE 30(b)(6) designee Jonathan Fanti dated August 8, 2024. | |
| J. | Ironshore coverage position letter to Geneva dated June 21, 2021. | GENEVA000603-605 (Plaintiff's Production) |
| K. | Beehive Insurance emails to QBE providing notice of Emuveyan and Guzman claims dated April 21, 2021. | BEE000865-876, 891-924 (Plaintiff's Production) |
| L. | Notices of the Guzman claim provided to Beehive Insurance in emails dated December 14, 2017 and June 15, 2018, | BEE000011-12, 23-37, 98 (Plaintiff's Production) |
| M. | Notices of the Guzman claim provided to Beehive Insurance in emails dated December 27, 2017 and August 16, 2018. (FILED UNDER SEAL) | BEE000016-17, 98 (Plaintiff's Production) |

| N. | QBE letters to Clyde Companies, Inc. dated May 19, 2021. | GENEVA000038-43 (Plaintiff's Production) |
|---|---|---|
| O. | June 2, 2021 through June 4, 2021 communications with QBE. | QBE000020-38, 444-460, 18-19, 12-17 GENEVA000080-84 (Defendant and Plaintiff Productions) |
| P. | Deposition transcript of Gabe Speciale dated July 2, 2024 | |
| Q. | QBE policy forms | GENEVA001654-1770 (Plaintiff's Production) |
| R. | Deposition transcript of QBE 30(b)(6) designee Megan Scully dated July 23, 2024 | |
| S. | Deposition transcript of Eden Stark dated July 11, 2024 | |
| T. | Deposition transcript of Cory Wennmacher dated July 12, 2024 | |
| U. | Deposition transcript of Geneva 30(b)(6) designee Brandon Hale dated August 22, 2024 | |
| V. | Guzman Settlement (FILED UNDER SEAL) | SCM000424-435, 407 Confidential (Plaintiff's Production) |
| W. | Snow Christensen Invoices (FILED UNDER SEAL) | SCM001725-1728 Confidential (Plaintiff's Production) |
| X. | Emuveyan Judgment | GENEVA001827-1828 (Plaintiff's Production) |
| Y. | Parsons Behle Invoices (FILED UNDER SEAL) | PBL001061-1314, 1527-1613, 705-1060, 1330-1526 Confidential (Plaintiff's Production) |
| Z. | QBE letter to Clyde Companies, Inc. dated June 24, 2021 | GENEVA000098-102 (Plaintiff's Production) |

DATED this 23rd day of January, 2025.

**MANNING CURTIS BRADSHAW & BEDNAR PLLC**

/s/ Alan C. Bradshaw
Alan C. Bradshaw
Matthew D. Church
Carson M. Fuller
*Attorneys for Plaintiff Geneva Rock Products, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 23rd day of January, 2025, I served true and correct copies of the foregoing upon the following counsel of record, in the manner indicated below:

|  |  |
|---|---|
| \_\_\_Hand Delivery | Andrew L. Margulis |
| \_\_\_U.S. Mail | Tehila N. Colman |
| \_\_\_Overnight Mail | ROPERS MAJESKI PC |
| \_\_\_Fax Transmission | 800 Third Avenue, 29th Floor |
| \_\_\_E-Mail Transmission | New York, NY 10022 |
| _X_ Electronic Filing | andrew.margulis@ropers.com |
|  | tehila.colman@ropers.com |

    Heidi G. Goebel (10343)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT 84111
hgoebel@GAPClaw.com

*Attorneys for Defendant QBE Insurance Corporation*


/s/ DiAnn Calacino